UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATALIE MYLES,<br><br>　　　　　Defendant. | 2:05-cr-00329-KJD-LRL<br><br>**CLARIFICATION ORDER** |

　　The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case 2:05-cr-00329-KJD-LRL on 10/18/2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

　　**IT IS ORDERED** that the defendant shall make restitution to the following payee listed below:

　　Name of Payee: Bank of America
　　Amount of Restitution: $7,045.94

Restitution is joint and several with co-defendants: Denise Dorsey, Terry J. Armstead, Denise Spratley and Nancy Fleming. The above restitution amount does not reflect payments made.

　　**IT IS SO ORDERED**

　　Dated this  9th  day of February, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE